AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

FILED FEB 2 7 2009

WESTERN DISTRICT TEXAS

UNITED STATES OF AMERICA

V.

Eleuterio GUTIERREZ

**WARRANT FOR ARREST**

CASE NUMBER: EP:09-m-1572MC

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Eleuterio GUTIERREZ__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

__Indictment __Information _X_Complaint __Order of Court __Violation Notice __Probation Violation Petition

charging him or her with (brief description of offense)

Escape from Dismas Charities CSC, 7011 Alameda, El Paso, Texas on February 24, 2009 after being committed to the custody of the Attorney General.

in violation of Title ___18___ United States Code, Section(s) __751(a)__

_Michael S. McDonald_
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

February 27, 2009    El Paso, Texas
Date and Location

Bail fixed at $ __Detain without Bond__    by _____
Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at |||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |